

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ROSEMARY RODRIGUEZ, | § | No. 08-21-00128-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| ABDELRAZZAK ALESKANDRANY, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCM4440) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 20, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mario A. Gonzalez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 20, 2022.

IT IS SO ORDERED this 22nd day of December, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.